# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No. |
| Aaron Starbird ) | |
| ) | 6:26-mj- 1314 |
| ) | |
| ) | |
| ) | |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  January 3, 2024  in the county of  Orange  in the
Middle  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Coercion and enticement of a minor to engage in sexual activity. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Michelle Langer, SA, FBI
_____
*Printed name and title*

Sworn to before me by telephone or other reliable electronic means and signed by me
pursuant to Fed. R. Crim. P. 4.1 and 41(d).

Date: 3/12/2026

_____
*Judge's signature*

David A. Baker, U.S. Magistrate Judge
_____
*Printed name and title*

City and state:  Orlando, Florida

STATE OF FLORIDA                              CASE NO. 6:26-mj- 1314

ORANGE COUNTY

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Michelle Langer, being duly sworn, do hereby depose and state as follows:

1.      This affidavit is submitted in support of a criminal complaint against AARON STARBIRD (STARBIRD) for a violation of 18 U.S.C. § 2422(b). As set forth in more detail below, I believe there is probable cause that on or about January 3, 2024, in Orange County, Florida, STARBIRD knowingly coerced and enticed a minor child to engage in illegal sexual activity, in violation of 18 U.S.C. § 2422(b).

2.      I have been a Special Agent (SA) with the Federal Bureau of Investigation (FBI) for the past 9 years. I am currently assigned to the FBI Violent Crimes Against Children Task Force.

3.      I have received specialized training concerning investigations of sex crimes, child exploitation, child pornography, and computer crimes. I have also investigated and assisted in the investigation of matters involving the possession, receipt, distribution, and production of child pornography. During the course of my training and investigations, I have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. Moreover, I am a SA who is engaged in enforcing the criminal laws, including 18 U.S.C. § 2422(b).

4.      I have participated in various training courses concerning the investigation and enforcement of federal child pornography laws in which computers

are used as the means for receiving, transmitting, and storing child pornography. Additionally, I have participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

5.  I make this affidavit based on my experience and background as a law enforcement officer, including my experience with the FBI; my personal participation in the investigation; and information provided by other law enforcement officers and agency personnel. As set forth in more detail below, I have probable cause to believe that a crime has taken place, that is, the coercion and enticement of a minor to engage in illegal sexual activity, in violation of 18 U.S.C. § 2422(b).

## PROBABLE CAUSE STATEMENT

6.  On September 29, 2025, an Online Covert Employee (OCE) with Orange County Sheriff's Office (OCSO) was operating an undercover Sniffies[1] account posing as an underage boy when a user messaged the OCE. The user was utilizing the username astarbird. The user had previously engaged in chats with the OCE based on the chat history. The user believed the OCE was now fifteen years old and sent six files depicting an adult male's anus or penis. Astarbird showed an interest in meeting and when asked what they wanted to do, they stated "making

---

[1] Sniffies is a location-based, map-oriented hookup website and app designed for gay, bisexual, and queer men to find immediate, in-person sexual encounters (known as "cruising"). Unlike traditional dating apps, it focuses on real-time, anonymous, and direct, no-chat, or quick-chat interactions, designed to "sniff out" nearby, interested users.

2

out, hand job, oral, rimming, anal." This user continued to show interest in meeting and asked the OCE to connect on Telegram where their username was @astarbird. This user was tentatively identified as an adult male living in the Orlando, Florida area. Throughout the interactions, this user was concerned about being caught.

7. On October 8, 2025, OCSO authored a state search warrant for information related to this user on Sniffies that was signed by the Honorable Judge Brian Duckworth. On October 9, 2025, a response was received by Sniffies. Account/user information from Sniffies indicated the email address sebret@bellsouth.net as associated with this account. This account was created on June 22, 2021, and was last accessed on October 5, 2025, from IP address 108.81.103.37. None of the messages between OCE and the user using Sniffies were recovered.

8. The individual later identified as AARON STARBIRD, also began communicating with the OCE through Snapchat. STARBIRD was utilizing a Snapchat username "astarbird". On October 6, 2025, OCSO authored a state search warrant for information related to this user on Snapchat signed by the Honorable Judge Keith Carsten. On October 23, 2025, subscriber information was received and indicated that this account was created on November 24, 2014. The email address aaron.orin@gmail.com, phone number 14079273754 and birthday February xx, 1990, are associated with the account. This application is operating on Android 13.54.0. A portion of the conversation with the OCE was recovered along with numerous files of content depicting sexual activities. In conversations with other

3

users, the user expresses an interest in "teen" boys and there are several files depicting the suspect engaging in sexual activity with age indeterminate males. Subscriber information and content within this account indicated that the owner was likely AARON STARBIRD.

9. On November 20, 2025, OCSO conducted a traffic stop on STARBIRD's vehicle, a 2025 Gray Kia Sportage, on Florida State Road 408 Eastbound near Good Homes Road. STARBIRD's device was seized off his person pursuant to a state search warrant which had been signed by the Honorable Judge David Johnson. Detective Jeffrey Payne responded to this location and conducted a digitally recorded sworn interview with STARBIRD in an agency vehicle.

## POST-*MIRANDA* INTERVIEW OF AARON STARBIRD

10. Post-*Miranda*, STARBIRD told investigators that his phone number is (407) 927-3754 and email address is aaron.orin@gmail.com. When asked about his social media accounts, he initially only identified a Facebook and an X account. STARBIRD was asked about his Snapchat account, and he confirmed that it was "astarbird". When asked about Telegram, STARBIRD told investigators that he has it installed but does not use it.

11. When asked about his online activity, STARBIRD stated that he tries to avoid interacting with juveniles and would cease communicating with them once he learns their age. Detective Payne provided STARBIRD with some of the messages sent by STARBIRD to the OCE, and STARBIRD confirmed that he sent them. STARBIRD would often send nude images of himself to people on Sniffies or

4

Snapchat and confirmed that one of the photos shown depicted him and that he sent the files.

12. STARBIRD told Detective Payne that he likes "young" but was adamant that he liked males over the age of eighteen. STARBIRD implied that he had met with juveniles in person but would deny them once he learned their true age. When asked to elaborate on this, he could not. Detectives read back some of STARBIRD's messages regarding how he would ask users to say they are eighteen and he became alarmed. STARBIRD had a white Android Samsung S24 cell phone on his person, which was seized pursuant to the state search warrant. When asked for the passcode, he refused, citing "privacy."

13. A copy of this interview was placed into evidence and STARBIRD's phone was turned over to the Orange County Sheriff's Office Digital Forensics Unit (DFU).

14. On November 29, 2025, a report was issued from OCSO's DFU regarding STARBIRD's phone. The Snapchat and Telegram accounts at issue were found on the device along with portions of the OCE conversations for both accounts. In conversations recovered from the device, STARBIRD implies that he has engaged in sexual activity with juveniles previously. STARBIRD received numerous files of child sexual abuse material through Telegram and continued engaging with those users after receiving the files. Approximately one hundred files of child sexual abuse material were found on the device to include child pornography of infants and toddlers.

15. On December 02, 2025, STARBIRD was arrested by Orange County Sheriff's Office and charged with ten counts of unlawful possession of materials depicting sexual performance by a child in violation of F.S.S. 827.071(5)(A), one count of solicitation of a minor via a computer in violation of F.S.S. 847.0135(3) and one count of obscene material transmit information harmful to minors in violation of F.S.S. 847.0138(2).

16. On February 2, 2026, the state filed thirteen charges against STARBIRD, including ten counts of unlawful possession of materials depicting sexual performance by a child 10 or more images in violation of F.S.S. 827.071(5)-4, two counts of obscene material transmit information harmful to minors in violation of F.S.S. 847.0138(2), and one count of solicitation of a minor via a computer in violation of F.S.S. 847.0135(3).

17. Currently, STARBIRD is released on bond and a pre-trial conference hearing is scheduled for June 9, 2026, pertaining to case number 25-055822.

18. On or about February 16, 2026, OCSO Detective Payne contacted the FBI regarding this case as there is a concern of prior hands-on sexual offenses, a history of trading and receiving child sexual abuse material (CSAM), and potential unauthorized access to children, as STARBIRD's profession is at South Lake Hospital in Clermont, FL, and he previously worked at ORMC where child patients were potentially receiving treatment.

19. On or about February 23, 2026, I began reviewing a copy of the forensic extraction conducted on the Android Samsung S24 mobile device belonging to STARBIRD.

## FORENSIC REVIEW

20. From February 23, 2026, to March 2, 2026, I reviewed a copy of the extraction of the device provided by OCSO and tagged approximately 77 videos indicative of child pornography to include several videos of toddlers being sexually abused. Below are some chats and video files located on the device:

   a. On February 29, 2024, STARBIRD was communicating with another individual on Telegram. The user asked STARBIRD, "How young do you like your boys to be?" STARBIRD responded, "I like watching them cum". The user then sent STARBIRD a video through the Telegram chat on February 29, 2024. The video is titled, "1_5118844406803203114.mp4" and is a 45 second video of two adolescent males, approximately 11-14 years old, completely naked. One of the male children is standing up masturbating while the other male child is on his knees. The video end with the standing male child ejaculating into the mouth of the kneeling child and showing the camera.

   b. On September 30, 2024, STARBIRD chatted with another user on Telegram who sent him numerous videos of CSAM. One video is titled "1_5176928371988235593.mp4" and is approximately 51

    seconds in length. The video depicts an adult male performing oral sex on a toddler female child who is nude from the waist down and wearing a pink top.

  c. On October 20, 2024, the same Telegram user sent STARBIRD multiple CSAM videos. One video is a 7 second video of an adult male anally raping a prepubescent male child approximately 5-7 years of age. The child is heard crying out in pain in the video clip.

21. The conversations around the videos described above were extremely sexual in nature. During the conversations, STARBIRD discussed prior instances of hands-on rape of male children and stated he preferred children between the ages of 10 and 12. Additionally, STARBIRD described to another user where STARBIRD gets additional images of CSAM from on the internet and walked the other user through using Tor on the dark web to download CSAM.

22. I began reviewing conversations located on the device and quickly realized there are local child victims (CVs) that STARBIRD likely has communicated with for the sole purpose of engaging in sexual activity.

23. I began working to identify these potential CVs. Also located during the review, chats with an OCE were recovered who STARBIRD believed was a minor male child. The chats were sexual in nature, but STARBIRD was very cautious about what he would say in the chats, noting that the child "could be a cop" and stating that they had to meet in person first before he could talk openly with the notional child.

24.     On March 4, 2026, I identified a potential CV who, based on chats located on STARBIRD's device, appeared to have engaged in a sexual act with STARBIRD on or around January 3, 2024, when the CV was 14 years old ("CV1"). The chat history on the device showed chats between STARBIRD and CV1 that occurred between the dates of January 3, 2024, and May 10, 2025. The messages began on January 3, 2024, with CV1 stating, "ready 😊", to which STARBIRD responded, "K" and "Leaving now". Six minutes later STARBIRD sent a message to CV1 stating, "Here" and CV1 responded, "Coming rn". It was evident that not all of the chats between the two were retained in the device and that they had spoken previously in depth with the intentions of meeting up to engage in sexual acts. On March 5, 2025, I made contact with the parents of CV1. A child adolescent forensic interview (CAFI) was scheduled with CV1 for March 9, 2026.

25.     On March 9, 2026, a CAFI was conducted of CV1 at the Child Advocacy Center located in Orlando, FL. During the interview, numerous disclosures were made by CV1.

26.     CV1 explained that CV1 talked with a guy that CV1 met on a website a couple years ago. CV1 stated that he had forgotten the name of the application that he used, but that it was for chatting. CV1 stated that CV1 does not remember the name of the man he was communicating with, but that he was old and was maybe in his 40s. CV1 described the man as being chubby, a white male, with not a lot of hair, and a little beard, which is generally consistent with STARBIRD's appearance. CV1

9

recalled that the man worked at a hospital and stated that he has seen him in scrubs. At the conclusion of the interview, CV1 was shown a photograph of STARBIRD, at which time CV1 confirmed that STARBIRD was in fact the man he was communicating with and eventually met with in person to engage in sexual acts.

27. STARBIRD and CV1 made plans to meet up to have sex. STARBIRD stated that he would pick up CV1 as CV1 could not drive due to his age. STARBIRD lived close to CV1. STARBIRD picked up CV1 from the house he previously lived in during that timeframe, which was located in East Orlando. STARBIRD parked outside of CV1's house and texted him when he was outside. CV1 snuck out of his house at night when everyone was sleeping and went to the car. CV1 said they stayed in the car for a little bit and then they went to STARBIRD's house. CV1 gave details of the residence to which STARBIRD took him. CV1 and the man engaged in sexual acts at the residence. CV1 stated that STARBIRD and CV1 kissed a lot. STARBIRD also performed oral sex on CV1 and CV1 performed oral sex on STARBIRD. CV1 also stated that he engaged in intercourse with STARBIRD.

28. CV1 stated that STARBIRD tried to meet with him again on a few occasions, but CV1 never did because he felt ashamed and guilty.

29. A review of CV1 and STARBIRD's communications also indicated that STARBIRD was interested in having CV1 try and entice one of his younger brothers, who were 9 and 11 years old, to engage in sexual activities. STARBIRD stated in one of these communications that it "has always been a fantasy of his to be with brothers."

30. The forensic review of the device is still ongoing and the investigation remains active. However, I have located evidence of, and am currently in the process of determining the identities of, at least 30 other children whom I believe based on the digital evidence have engaged in sexual acts with STARBIRD after communicating with STARBIRD online.

## CONCLUSION

31. Based on the above, there is probable cause that on or about January 3, 2024, in Orange County, in the Middle District of Florida, AARON STARBIRD knowingly coerced and enticed a minor child to engage in illegal sexual activity, in violation of 18 U.S.C. § 2422(b).

_____
Michelle Langer
Special Agent
Federal Bureau of Investigation

Affidavit submitted electronically and attested to me
as true and accurate by videoconference consistent
with Fed. R. Crim. P. 4.1 and 41(d)(3)
before me this 12th day of March, 2026.

_____
HON. DAVID A. BAKER
United States Magistrate Judge

11